IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN MOORE,

    Plaintiff,

v.

THE SUPERIOR COURT,

    Defendant.

No. C 06-05820 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On September 21, 2006, Plaintiff Norman John Moore, proceeding *pro se*, filed this action. On February 28, 2007, defendant Superior Court of California for the County of Hayward ("Superior Court") filed a motion to dismiss and noticed it for hearing on April 13, 2007. Pursuant to Local Civil Rule 7-3(a), Plaintiff's opposition was due by March 23, 2007. To date, Plaintiff has not filed an opposition to the Superior Court's motion.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why his case should not be dismissed (1) on the grounds that he has failed to properly prosecute this matter; and (2) on the grounds raised by the Superior Court's motion to dismiss. Plaintiff shall file a written response to this Order and serve it on the Superior Court by no later than April 10, 2007. In the response, Plaintiff should explain the factual basis of his claims against the Superior Court and exactly what relief he is seeking. In particular, it is not clear from his petition whether the underlying criminal proceedings against Plaintiff are still pending.

1 | Plaintiff is further advised that failure to respond to this Order and to properly prosecute his case may result in sanctions, including dismissal of his case.

**IT IS SO ORDERED.**

Dated: April 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE