IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN MOORE, | |
| Plaintiff, | No. C 06-05820 JSW |
| v. | |
| THE SUPERIOR COURT, | **ORDER RE CORRESPONDENCE** |
| Defendant. | |

On June 4 and 9, 2007, Plaintiff Norman John Moore, proceeding *pro se*, submitted two letters and indicated that he did not want such letters to be filed. The Court cannot have *ex parte* communications with one party. Plaintiff is HEREBY ADVISED that any information he wants the Court to consider must be formally filed and served on the opposing party. Accordingly, the Court will not consider the letters submitted by Plaintiff in June unless and until Plaintiff files such letters and proof that he served such letters on Defendant.

The Clerk is directed to return the letters submitted by Plaintiff by mailing them to his address of record. Plaintiff may then choose to file and serve such letters in accordance with this Order.

**IT IS SO ORDERED.**

Dated: July 13, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN MOORE, | |
|     Plaintiff, | No. C 06-05820 JSW |
| v. | |
| THE SUPERIOR COURT, | **ORDER RE CORRESPONDENCE** |
|     Defendant. | |

On June 4 and 9, 2007, Plaintiff Norman John Moore, proceeding *pro se*, submitted two letters and indicated that he did not want such letters to be filed. The Court cannot have *ex parte* communications with one party. Plaintiff is HEREBY ADVISED that any information he wants the Court to consider must be formally filed and served on the opposing party. Accordingly, the Court will not consider the letters submitted by Plaintiff in June unless and until Plaintiff files such letters and proof that he served such letters on Defendant.

The Clerk is directed to return the letters submitted by Plaintiff by mailing them to his address of record. Plaintiff may then choose to file and serve such letters in accordance with this Order.

**IT IS SO ORDERED.**

Dated: July 13, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN MOORE, | |
|     Plaintiff, | No. C 06-05820 JSW |
|   v. | |
| THE SUPERIOR COURT, | **ORDER RE CORRESPONDENCE** |
|     Defendant. | |

On June 4 and 9, 2007, Plaintiff Norman John Moore, proceeding *pro se*, submitted two letters and indicated that he did not want such letters to be filed. The Court cannot have *ex parte* communications with one party. Plaintiff is HEREBY ADVISED that any information he wants the Court to consider must be formally filed and served on the opposing party. Accordingly, the Court will not consider the letters submitted by Plaintiff in June unless and until Plaintiff files such letters and proof that he served such letters on Defendant.

The Clerk is directed to return the letters submitted by Plaintiff by mailing them to his address of record. Plaintiff may then choose to file and serve such letters in accordance with this Order.

**IT IS SO ORDERED.**

Dated: July 13, 2007

                                                               JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN MOORE,

    Plaintiff,                             No. C 06-05820 JSW

  v.

THE SUPERIOR COURT,               **ORDER RE CORRESPONDENCE**

    Defendant.
                                            /

On June 4 and 9, 2007, Plaintiff Norman John Moore, proceeding *pro se*, submitted two letters and indicated that he did not want such letters to be filed. The Court cannot have *ex parte* communications with one party. Plaintiff is HEREBY ADVISED that any information he wants the Court to consider must be formally filed and served on the opposing party. Accordingly, the Court will not consider the letters submitted by Plaintiff in June unless and until Plaintiff files such letters and proof that he served such letters on Defendant.

The Clerk is directed to return the letters submitted by Plaintiff by mailing them to his address of record. Plaintiff may then choose to file and serve such letters in accordance with this Order.

**IT IS SO ORDERED.**

Dated: July 13, 2007

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN MOORE,

    Plaintiff,

v.

THE SUPERIOR COURT et al,

    Defendant.
_____/

Case Number: CV06-05820 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John P. Devine
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Norman John Moore
2019 Placer Drive
San Leandro, CA 94578

Dated: July 13, 2007

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN MOORE,

    Plaintiff,

v.

THE SUPERIOR COURT et al,

    Defendant.

Case Number: CV06-05820 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John P. Devine
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Norman John Moore
2019 Placer Drive
San Leandro, CA 94578

Dated: July 13, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN MOORE,

    Plaintiff,

v.

THE SUPERIOR COURT et al,

    Defendant.

Case Number: CV06-05820 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John P. Devine
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Norman John Moore
2019 Placer Drive
San Leandro, CA 94578

Dated: July 13, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORMAN JOHN MOORE,

    Plaintiff,

v.

THE SUPERIOR COURT et al,

    Defendant.

Case Number: CV06-05820 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John P. Devine
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Norman John Moore
2019 Placer Drive
San Leandro, CA 94578

Dated: July 13, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk